| | |
|---|---|
| 1 | WENDY M. KRINCEK, ESQ., Bar No. 6417 |
| 2 | DIANA G. DICKINSON, ESQ., Bar No. 13477<br>LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 4 | Las Vegas, NV  89169-5937<br>Telephone:  702.862.8800 |
| 5 | Fax No.:  702.862.8811<br>Email:  wkrincek@littler.com |
| 6 |   ddickinson@littler.com |
| 7 | Attorneys for Defendant<br>SUTHERLAND GLOBAL SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANGELINE G. CANDAZA,<br><br>Plaintiff,<br><br>vs.<br><br>SITHERLAND GLOBAL SERVICES, INC., a New York Corporation,<br><br>Defendant. | Case No. 2:19-cv-02152-JAD-NJK<br><br>**STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff EVANGELINE G. CANDAZA ("Plaintiff") and Defendant SUTHERLAND GLOBAL SERVICES, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation ("ENE") Session presently scheduled for June 28, 2020, at 9:00 a.m., before United States Magistrate Judge Brenda Weksler (ECF No. 15.), due to the unavailability of Defendant's client representative.

The parties are available and propose the following alternative date:

- **August 6, 2020**

The parties further request that the pre-ENE telephonic conference be continued to **August 5, 2020, at 3:00 p.m.** Counsel must call 877-810-9415, access code 2365998, five minutes before the telephonic conference.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties further request that the confidential written evaluation statement be due to Magistrate Judge Weksler's chambers one week prior to the new date of the ENE Session **by 4:00 p.m.**, which falls on **July 30, 2020**.

This extension is sought in good faith and not for the purpose of delay.

Dated: June 30, 2020                    Dated: June 30, 2020

Respectfully submitted,                 Respectfully submitted,


*/s/ Robert P. Spretnak*                 */s/ Diana G. Dickinson*
ROBERT P. SPRETNAK, ESQ.                 WENDY M. KRINCEK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK        DIANA G. DICKINSON, ESQ.
                                         LITTLER MENDELSON, P.C.

Attorney for Plaintiff                   Attorneys for Defendant
EVANGELINE G. CANDAZA                    SUTHERLAND GLOBAL SERVICES, INC.

## ORDER

**IT IS SO ORDERED.**

Dated: _____July 1_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4834-5993-9777.1 061963.1037

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800